DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 APRIL 2014

| 197P13 | Michael A. Falk, as Trustee of the Trust Dated 10-26-1989 Having the Tax ID Number 65-6043718 (AKA the Charlotte Falk Irrevocable Trust) v. Fannie Mae (AKA Federal National Mortgage Association); GlassRatner Management & Realty Advisors, LLC; Idell Flourney; Sonya Petit; Liba Meiere; Shawnequa Dobson; Adolfo Zarate; Tishaun Whitehead; and John Does #1 - #160, Being the Unidentified Lessees of the Apartment Units at the Property Known as Ridgewood Apartments<br><br>Fannie Mae (AKA Federal National Mortgage Association), Third Party Plaintiff v. Michael A. Falk, as Trustee of the Trust Dated 10-26-1989 Having the Tax ID Number 65-6043718 (AKA the Charlotte Falk Irrevocable Trust) and Quicksilver, LLC, Third Party Defendants | 1. Def and Third Party Plaintiff (Fannie Mae) and Def's (GlassRatner Management & Realty Advisors, LLC) NOA Based Upon a Constitutional Question (COA12-764)<br><br>2. Def and Third Party Plaintiff (Fannie Mae) and Def's (GlassRatner) PDR Under N.C.G.S. § 7A-31<br><br>3. Plt and Third Party Def's (Michael A. Falk) Motion to Dismiss Appeal | 1. Retained by Special Order<br><br>2. Allowed by Special Order<br><br>3. Denied by Special Order |
| 199P13-2 | State v. Roger Stevenson | 1. Def's *Pro Se* Motion for Complaint for Money Owed<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied<br><br>2. Allowed<br><br>**Jackson, J., recused** |
| 205PA12-2 | State v. Timothy Lee Harris El Shabazz | Def's PDR Under N.C.G.S. § 7A-31 (COA13-212) | Denied |